UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

REID et al.

                                 Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 626

Defendant **ROBERTA SLIGH** hereby voluntarily consents to participate in the following proceeding via  X   videoconferencing or  X   teleconferencing:

- ✓ Initial Appearance Before a Judicial Officer
- ✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- ✓ Bail/Detention Hearing
- ✓ Conference Before a Judicial Officer

/s/ Roberta Sligh (by permission)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Defendant's Counsel's Signature

  Roberta Sligh
Print Defendant's Name

  Matthew J. Kluger
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/1/20
Date

U.S. District Judge/U.S. Magistrate Judge