# MATTHEW J. KLUGER
### ATTORNEY AT LAW

> Application granted. Defendant's sentencing has been adjourned to March 3, 2022 at 10:00 a.m. in courtroom 520. Any written submissions by defendant shall be filed by February 17, 2022, and the government's response shall be filed by February 24, 2022.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>           January 10, 2022

By ECF
Honorable Philip M. Halpern
United States Courthouse
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    <u>United States v. Roberta Sligh</u>
              S3 20 Cr. 626 (PMH)

Dear Judge Halpern:

    On September 9, 2021, Roberta Sligh appeared before your Honor and pled guilty pursuant to a written plea agreement to the lesser-included offense of Count Thirteen of the above referenced Indictment charging her with conspiring to distribute 28-grams or more of "crack" cocaine in violation of Title 21 U.S.C. § 841(b)(1)(B). Ms. Sligh is scheduled to be sentenced on January 18, 2022, at 2:30 p.m. For the reasons which follow, I respectfully request that sentencing in this matter be adjourned to <u>March 3, 2022, at 10:00 a.m.</u>

    Defense counsel is just getting over a (relatively mild) bout of COVID-19 and has a number of sentencings and other matters backed-up already. Hence, I have not yet gathered the necessary letters and drafted the defense sentencing submission in this case. Moreover, I am scheduled to begin a homicide trial in the Bronx sometime within the next two weeks, which is anticipated to last approximately one-month.

    I have spoken with AUSA Shiva H. Logarajah who has *no objection* to this request on behalf of the Government.

                                                             Respectfully,

                                                              /s/ *Matthew J. Kluger*
                                                              Matthew J. Kluger, Esq.

cc: AUSA Shiva H. Logarajah
     AUSA David Felton
     AUSA Courtney Heavey