# MATTHEW J. KLUGER
### ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451

> Application granted. Defendant's sentencing is adjourned; an Order re-scheduling the sentencing will be subsequently docketed.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 24, 2022

By ECF
Honorable Philip M. Halpern
United States Courthouse
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    <u>United States v. Roberta Sligh</u>
           S3 20 Cr. 626 (PMH)

Dear Judge Halpern:

    On September 9, 2021, Roberta Sligh appeared before your Honor and pled guilty pursuant to a written plea agreement to the lesser-included offense of Count Thirteen of the above referenced Indictment charging her with conspiring to distribute 28-grams or more of "crack" cocaine in violation of Title 21 U.S.C. § 841(b)(1)(B). Ms. Sligh is scheduled to be sentenced on March 3, 2022 at 10:00 a.m. For the reasons which follow, I respectfully request that sentencing in this matter be adjourned for 45-days.

    Defense counsel has been resolving some older matters and sentencings, which backed-up during the pandemic. Moreover, I am scheduled to begin a homicide trial in the Bronx (<u>People v. Alexcy De Los Angeles</u>, Indictment No. 2681-17) before the Honorable Jeanette Rodriguez-Morick on March 2, 2022. It is anticipated that this trial will last one month. Afterwards, the defense could benefit from a few more weeks to finish and file its sentencing submission in this matter.

    I have discussed the above with AUSA Shiva H. Logarajah who has no objection to this request on behalf of the Government.

    Thank you for the Court's consideration.

                                                      Respectfully,

                                                      /s/ *Matthew J. Kluger*
                                                      Matthew J. Kluger, Esq.

cc: AUSA Shiva H. Logarajah
     AUSA David Felton
     AUSA Courtney Heavey