UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :     **RESCHEDULING ORDER**
                                    :
Roberta Sligh                       :     7-S3 20-cr-00626-PMH-16
            Defendants.             :
                                    :
------------------------------------------------------------x

Sentencing in this matter is rescheduled to May 18, 2022, at 3:00 pm in courtroom 520 at the White Plains Courthouse.

Defendant shall file any sentencing submission by 5/4/2022, and the Government's response shall be filed by 5/11/2022.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. The questionnaire is located on the Court's Website. Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: February 28, 2022            SO ORDERED:

                                    _____
                                    Philip M. Halpern, U.S.D.J