UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
:
                      - v. -
:
ROBERTA SLIGH,
    a/k/a "Trouble,"
:
                                  Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY ORDER
OF FORFEITURE/
<u>MONEY JUDGMENT</u>

S3 20 Cr. 626 (PMH)

        WHEREAS, on or about February 8, 2021, ROBERTA SLIGH a/k/a "Trouble," (the "Defendant") was charged in one count of a Superseding Indictment, S3 20 Cr. 626 (PMH) (the "Indictment"), with conspiring to distribute and possess with intent to distribute 28 grams and more of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846 ("Count Thirteen");

        WHEREAS, the Indictment included a forfeiture allegation as to Count Thirteen of the Information, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting, or derived from, any proceeds obtained, directly and indirectly, as a result of the offense in Count Thirteen of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count Thirteen of the Indictment that the Defendant personally obtained;

        WHEREAS, on or about September 9, 2021, the Defendant pled guilty to Count Thirteen of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Thirteen of the Indictment and agreed to forfeit to the United States, a sum of money equal to $28,000 which represents, with respect to Count Thirteen of the Indictment, pursuant to Title 21, United States Code, Section 853,

any and all property constituting, or derived from, any proceeds obtained, directly and indirectly, as a result of the offense in Count Thirteen of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information that the Defendant personally obtained;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $28,000 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Thirteen of the Indictment that the Defendant personally obtained (the "Money Judgment"), of which the Defendant is jointly and severally liable with his co-defendants to the extent any forfeiture money judgments are entered against them in this case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Thirteen of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Shiva H. Logarajah of counsel, and the Defendant, and her counsel, Matthew Kluger., that:

1. As a result of the offense charged in Count Thirteen of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $28,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Thirteen of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with his co-defendants, to the extent any forfeiture money judgments are entered against them in this case, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, ROBERTA SLIGH a/k/a "Trouble," and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.  The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     5/18/22
SHIVA H. LOGARAJAH                      DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(914) 993-1918


By: _____     5/18/22
ROBERTA SLIGH                           DATE

By: _____     5/18/22
MATTHEW KRUGER, ESQ.                    DATE
Attorney for Defendant


SO ORDERED:

_____          5/18/22
HONORABLE PHILIP M. HALPERN             DATE
UNITED STATES DISTRICT JUDGE