UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ROBERTA SLIGH,

Defendant.

ORDER

20-CR-00626-016 (PMH)

PHILIP M. HALPERN, United States District Judge:

On May 18, 2022, the defendant was sentenced principally to a term of imprisonment of 96 months. (Doc. 426).

On March 29, 2024, the defendant filed a motion requesting that this court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline amendment which went into effect on November 1, 2023 and applies retroactively. (Doc. 847). The United States Probation Department has issued a report indicating that the defendant is precluded from a sentence reduction because the Total Offense Level and Criminal History Category do not change as a result of the application of these guideline amendments. (Doc. 865).

The Court has considered the record in this case, and the defendant's submission in support of the sentence reduction application. (Doc. 847).

It is hereby ORDERED that the defendant is ineligible for this reduction because defendant's Total Offense Level and Criminal History Category do not change as a result of these guideline amendments, and this motion is denied.

**SO ORDERED.**

_____
PHILIP M. HALPERN
United States District Judge

Dated: White Plains, New York
       May 3, 2024